September 7, 1979.

422 A.2d 1163

Commonwealth v. Coley, Appellant.

Submitted September 15, 1978. Vincent T. Snyder, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.